

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Louis A Banks and DB minor child
_____
Plaintiff

vs.

Office of Congressional Ethics
_____
Defendant

Case Number  18-0006084

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Louis A Banks
_____
Name of Plaintiff's Attorney

4122 Blakney Lane SE
_____
Address
Washington DC
_____
202-704-7283
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date  08/24/2018

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4

## Superior Court District of Columbia Court Civil Division

FILED
CIVIL ACTIONS BRANCH
AUG 24 2018
Superior Court
of the District of Columbia
Washington, D.C.

Louis A Banks DB minor child
4022 Blakney Lane SE Washington DC 20032
Plaintiff(s)

v.

United State of American
District of Columbia et al
Defendant(s)

Class Action F.R.C.P 23(b)3
Bivens Action Jury Demand

CA –
2018 - 0006084 B

Mayor Muriel Bowser
One Judiciary Square
441 4th Street NW Suite 625S
Washington DC 20001

Attorney General Karl A Racin
One Judiciary Square 441 4th St NW 625S
Washington DC 20001

US. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Former Director, Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Office of Congressional Ethics
U.S House of Representative
425 3rd Street, S.W Suite 1110
Washington, DC 20024

DC FEMS 2000 14TH Street NW 5th Floor
Washington DC 20009

**BIVENS ACTION AND SECTON 1983 COMPLAINT WRONGFUL ACT, MALICIOUS PROECUTION , CIVIL VIOLATION FOR DAMAGES AND BREACH OF A SUBSTANTIVE AND PROCEURAL DUE PROCESS, , FRIST FIFTH, FOURTHEENTH AMENDED WITH SOCPE OF VIOLATION CONSTUTIONAL TORTS (DC LAWS ,)**



1

[X] All parties **do not** appear in the caption of the case on the cover page. A list of all parties to the proceeding in the court whose judgment is the subject of the petition is as follow:

**United State of American**
**District of Columbia;**
**Mayor Muriel Bowser** One Judiciary Square 441 4th Street NW Suite 625S Washington DC 20001
**District of Columbia;**
**DC FEMS** 2000 14th Street, NW, 5th Floor, Washington, DC 20009
**Councilmember Kenyan McDuffic** 1350 Pennsylvania Ave NW  Suite 506 Washington DC 20004
**Councilmember Chairman Phil Mendelson** 1350 Pennsylvania Ave NW  Suite 504 Washington DC
**Councilmember Anita Bonds** 1350 Pennsylvania Ave NW  Suite 404 Washington DC 20004
**Councilmember David Grosso** 1350 Pennsylvania Ave NW  Suite 402 Washington DC 20004
**Councilmember Elissa Silverman** 1350 Pennsylvania Ave NW  Suite 408 Washington DC 20004
**Councilmember Robert C White, Jr** 1350 Pennsylvania Ave NW  Suite 107 Washington DC 20004
**Councilmember Brianne K Nadcau** 1350 Pennsylvania Ave NW  Suite 102 Washington DC 20004
**Councilmember Jack Evans** 1350 Pennsylvania Ave NW  Suite 106 Washington DC 20004
**Councilmember Mary M Cheh** 1350 Pennsylvania Ave NW  Suite 108 Washington DC 20004
**Councilmember Brandon T Todd** 1350 Pennsylvania Ave NW  Suite 105 Washington DC 20004
**Councilmember Charles Allen** 1350 Pennsylvania Ave NW  Suite 110 Washington DC 20004
**Councilmember Vincent C Gray** 1350 Pennsylvania Ave NW  Suite 406 Washington DC 20004
**Councilmember Trayon White Sr.** 1350 Pennsylvania Ave NW  Suite 406 Washington DC 20004
**Councilmember John Doe Federal Officer, Jan Doe Federal Official**
**Lekisha C Kellark Davis** Metropolitan Police Department 300 Indiana Ave NW Washington DC 2001
**Mr. Karl A Racin Attorney General** One Judiciary Square 441 4th Street NW Suite 625S Washington DC 20001
**Former Director, Federal Bureau of Investigation** 935 Pennsylvania Avenue, NW Washington, D.C. 20535-0001
**Federal Bureau of Investigation** 935 Pennsylvania Avenue, NW Washington, D.C. 20535-0001
**Mr. Anthony Lawrence** Government of the Columbia  Government of the Columbia Office of Police Complaint 1400 I Street NW Washington DC 20005
**Attorney General** of United States U.S Department Justice
**Congress Woman Eleanor Holmes Norton** 90 K Street NW Suite 100 Washington DC 2001
**Director Monica Palacio** Office of Human Rights One Judiciary 441 4th Street NW Suite 625S Washington DC 20001
**Defendant(s)**

## STATEMENT

Plaintiff's sues defendant under dispossessed of my rights deprived my ability defend them; that deprivation alone would be actionable under federal statutes, State Law Liability known as a Bivens Action and Section 1983 for money due to wrongful act violation or omission ,First, Fourth, Fifth Amended , Brach of Contract , Retaliatory , Fraudulent Misrepresentation  and states as follows $200million for Monetary, Punitive Damage, Declaratory, and Injunctive relief were, as here, the action that is alleged to be unconstitutional.

## FACTS

1. On December 13, 2107 the United State of American and District of Columbia its officers, official, or agencies were served by clerk of court the District of Columbia and its officers or agencies could be served by delivering (by special process server) or mailing (certified or registered mail, return receipt requested) a copy of the complaint, summons and Initial Order to the Mayor of the District of Columbia, Councilmember, DOJ etc. (or designee) to the Attorney General for the District of Columbia

2. On February 2, 2018 the Defendant(s) never appeared in court this was done with Official misconduct, is the commission of an wrongful unlawful act , this matter involves a profound abuse of power by federal State, and Local Government Officials including judicial offices and public attorney, law enforcement, political leaders and other government official who have knowingly committee, or otherwise played a complicit role in federal crimes though illicit behavior.

3. Contempt of court, often referred to simply as "contempt", is the offense of being disobedient to or discourteous toward a court of law and its officers in the form of behavior that opposes or defies the authority, justice and dignity of the court.[1][2] It manifests itself in willful disregard of or disrespect for the authority of a court of law, which is often behavior that is illegal because it does not obey or respect the rules of a law court. Since the judge has discretion to control the courtroom, contempt citations are generally not appealable unless the amount of fine or jail time is excessive. If the defendant does not specifically deny an allegation made in the complaint, the judge will treat that as an admission of the allegation the defendant never answer. An official to ignore the Court's precedents is equal to a violation of that oath contempt citations are not appealable.

3

4. **District of Columbia** operates and governs the MPD, Councilmembers, Mayor, Attorney General, Government of the Columbia Office of Police Complaints, DOJ, pursuant to the laws of the District of Columbia. In this case, the District of Columbia acted through its agents, employees, and servants, including all of the individual Defendant(s). [L]local governing bodies…can be sued directly under 42. U.S.C 1983 for constitutional arising pursuant to official municipal policy action a person's actions may constitute official municipal policy if the person has "`final policy making authority [under] state law.

5. **§ 16–1041. Definitions State" means** a State of the United States, the District of Columbia, Puerto Rico, the United States Virgin Islands, or any territory or insular possession subject to the jurisdiction of the United States. The term "State" includes an Indian tribe or band that has jurisdiction to issue protection orders.

6. **Research shows that African American students**, and especially African American boys, are disciplined more often and receive more out-of-school suspensions and expulsions than White students. Perhaps more alarming is the 2010 finding that over 70% of the students involved in school-related arrests or referred to law enforcement were Hispanic or Black (Education Week, 2013). A 2009–2010 survey of 72,000 schools (kindergarten through high school) shows that while Black students made up only 18 percent of those enrolled in the schools sampled, they accounted for 35 percent of those suspended once, 46 percent of those suspended more than once and 39 percent of all expulsions.

7. Over all, Black students were three and a half times more likely to be suspended or expelled than their White peers (Lewin, 2012).

8. Students who enter the juvenile justice system through the school-to-prison pipeline often find it difficult to return to school.

## OFFICIALS RACIAL PROFILING THREAT /STLKING /HARASSMENT

9. On April 5, 2018, federal officer persistent actions including video record a 9 year old minor child by Mr. Guy Tuner an Administrative on his cell phone being done in violation he or the school never had my consent. The 9 year old minor child have the right to remain free from these activities as your constitute [threat/harassment/stalking/etc., this unwanted activates video recordings by Two River Staff member, Administrative, Teacher, Teacher Aids this includes acts that was done without and beyond bounds of their lawful authority, the unlawful act was done by the Official purporting pretending to act in their performance of their official duties .

The actions of the Defendants described above were taken pursuant to a municipal policy, legislation vote practice, that diminish my and 9 year minor child rights and custom of responding

## OFFICIALS SEARCHES-RETALIATORY/ FALSE IMPRISONMENT

10. **On April 11, 2015** Plaintiffs Mr. Louis A Banks was falsely arrest by Officer Lekisha C Kellark-Davis. Cathy Lynn Lanier was the Chief of Police, Supervisor Kelly K Baker at that time of the arrest.

11. **On April 11, 2015** Louis a Banks was transported to Central Cell for processing I was there for over 72, hours lockup

12. **On April 14, 2015** Plaintiff Mr. Louis A Banks mat with my lawyer Mr. Craig Ricard for 5min at Superior Court. Mr. Louis A Banks the case NO PAPER never went before a Judge or in a courtroom.

13. **On September 14, 2015**, Mr. Robert Row Investigation Manger and Mr. Lawrence Philips Investigator of the Government of the District of Columbia OPC completed their investigation forwarded information to MPD for their consideration during future reviews of the Officer's actions and performance. If you have any question, please contact me at (202) 7272-3838 and refer to the complaint number listed above Sincerely, Robert Row Investigation Manager)

14. **On September 17, 2015** at 200 Douglas St NE Washington DC 20002 at DB 6 year old minor into the child elementary school Jan Doe Federal Officers or John Doe Federal Officer and 5th Metropolitan Police Departments officer, force interrogated, terrorize, victimize DB 6 year old minor child for warrantless search that violating his Fourth and Fifth Amendment, privacy,, liberty, due process federal protected right in which unconstitutional the federal Officer agents was acting under color of Federal they also refused to call father and his parents this was done with discriminatory practice.

15. John Doe Federal Official or Jan Doe Officer 5th District Metropolitan Police Departments officers did this because the defendant motives was because Mr. Banks had made a charge participated in manner in an investigation, proceeding. Human Rights and Office of Police this was done with malicious prosecution. DC FEMS imparted or conveyed false information, knowing the information to be false,

The actions of the Defendants described above were taken pursuant to a municipal policy, legislation vote practice, that diminish my and 9 year minor child rights and custom of responding.

### BREACH A SUBSTANTIVE AND PROCEDURAL DUE PROCESS CONSTITUTIONAL RIGHT TORTS

6

16. No state make or enforce any law which shall abridge the privileges or immunities of citizens of the United States' seems to me an eminently reasonable way of expressing the idea the henceforth the Bill Of Rights shall apply to the States. Procedural due process

17. Articl 1/Bill Of Right Congress shall make no an law respecting establishment or religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the right of the peaceably to assemble, and Petition the Government for a readdress of grievances. Mayor, Councilmember and Congress improve this Bill that undermine the Constitution/Bill of Rights Plaintiffs Louis A Banks and DB minor child fundamental rights/ due process.

## CLAIMS FOR RELIEF

18. **CLAIM 1: Fourth Amendment/42 U.S.C 1983- Searches or arrest without probable cause (Plaintiffs Louis A Banks and DB 6 year minor child.)**

19. **On April 11, 2015** Louis a Banks was transported to Central Cell for processing I was there for over 72, hours lockup the case was dismiss no paper. The action of the Defendants Officer Lekisha C Kellark Davis, John Doe MPD Officer and John Doe color of Federal Official namely the warrantless searches/ False arrest of Plaintiffs Louis A Banks .and DB 6 year old minor child at without probable cause, in ordering or approving such searches or arrests, violated Plaintiffs rights under the Fourth Amendment to the United State Constitution Bill of Rights to be free from unreasonable searches or seizure

20. **On September 17, 2015** at 200 Douglas St NE Washington DC 20002 at DB 6 year old minor into the child elementary school Jan Doe Federal Officers or John Doe Federal Officer and 5th Metropolitan Police Departments officer, force interrogated, terrorize, victimize DB 6 year old minor child for warrantless search without probable cause, in ordering or approving such searches or arrests, violated Plaintiffs rights under the Fourth Amendment to the United

State Constitution Bill of Rights to be free from unreasonable searches and seizure also refused to call father and his parents

The actions of the Defendants described above were taken pursuant to a municipal policy, legislation vote practice, that diminish my and DB minor child rights and custom of responding

**Claim 2: False Arrest/False Imprisonment (Plaintiffs Louis A Banks and DB 6 year old minor child Defendants against District of Columbia, Councilmember et al, Officer John Doe MPD Officer or John Doe Official Mr. Karl A Racine Attorney, General, Mayor Muriel Bowser, U.S Department of Justice, Congress Women, Eleanor Holmes Norton, Mr. Anthony Lawrence, Director Monica Palacio, Office of Human.**

21. **On September 17, 2015** at 200 Douglas St NE Washington DC 20002 at DB 6 year old minor into the child elementary school Jan Doe Federal Officers or John Doe Federal Officer and 5th Metropolitan Police Departments officer, force interrogated, terrorize, victimize DB 6 year old minor child for warrantless search that violating his Fourth and Fifth Amendment, privacy,, liberty, due process federal protected right in which unconstitutional the federal Officer agents was acting under color of Federal they also refused to call father and his parents.

## FEDERAL OFFICIALS RACIAL PROFILING THREAT /STLKING /HARASSMENT

**Claim 3: Plaintiffs Louis A Banks, Against Defendants District of Columbia , Councilmember et al; Guy Tuner Officer Child Family Services Brenda Donald DC's State Superintendent Hanseul Kang,Ms. Jessica Wodatch Ms. Meggie Bello, David Nitkin Jan Doe Federal Officer or John Doe Official Mr. Karl A Racine Attorney General, Mayor Muriel Bowser, Congress Woman Eleanor Holmes Norton, Mr. Anthony Lawrence, Direct Monica Palacio, Office of Human Rights**

22. On April 5, 2018, federal officer persistent actions including video record a 9 year old minor child by Mr. Guy Tuner an Administrative on his cell phone being done in violation he never had my consent this also invasion of privacy . The 9 year old minor child have the right to remain free from these activities as your constitute [threat/harassment/stalking/etc., this unwanted activates video recordings by Two River Staff member, Administrative, Teacher,

8

Teacher Aids this includes acts that was done without and beyond bounds of their lawful authority, the unlawful act was done by the Official purporting pretending to act in their performance of their official duties. They still harassing us Ex library, schools DPR etc.

The actions of the Defendants described above were taken pursuant to a municipal policy, legislation vote practice, that diminish my and 9 year minor child rights and custom of responding

## BREACH OF CONTRACT

**Claim 4: Plaintiffs Louis A Banks, Against Defendants District of Columbia , Councilmember et al; DC's State Superintendent Hanseul Kang, Child Family Services Jan Doe Federal Officer or John Doe Official Mr. Karl A Racine Attorney General, Mayor Muriel Bowser, Congress Woman Eleanor Holmes Norton, Mr. Anthony Lawrence, Direct Monica Palacio, Office of Human Rights**

23. On February 2, 2018 the Defendant(s) never appeared in court this was done with Official misconduct, is the commission of an unlawful act , this matter involves a profound abuse of power by federal State, and Local Government Officials including judicial offices and public attorney, law enforcement, political leaders and other government official who have knowingly committee, or otherwise played a complicit role in federal crimes though illicit behavior.

Contempt of court, often referred to simply as "contempt", is the offense of being disobedient to or discourteous toward a court of law and its officers in the form of behavior that opposes or defies the authority, justice and dignity of the court.[1][2] It manifests itself in willful disregard of or disrespect for the authority of a court of law, which is often behavior that is illegal because it does not obey or respect the rules of a law court.

9

The actions of the Defendants described above were taken pursuant to a municipal policy, legislation vote practice, that diminish rights and custom of responding

**Claim 4: NEGLIGENCE Plaintiffs Louis A Banks, Against Defendants District of Columbia , Councilmember et al; Child Family Services DC's State Superintendent Hanseul Kang, Jan Doe Federal Officer or John Doe Official Mr. Karl A Racine Attorney General, Mayor Muriel Bowser, Congress Woman Eleanor Holmes Norton, Mr. Anthony Lawrence, Direct Monica Palacio, Office of Human Rights**

24. The defendant's racially and ethnically discriminatory practice have been negligent in performance of their duties beyond bounds of their lawful authority, the unlawful act was done by the Official purporting pretending to act in their performance of their official duties .

25. On February 2, 2018 the Defendant(s) never appeared in court this was done with Official misconduct, is the commission of an unlawful act , this matter involves a profound abuse of power by federal State, and Local Government Officials including judicial offices and public attorney, law enforcement, political leaders and other government official who have knowingly committee, or otherwise played a complicit role in federal crimes though illicit behavior.

26. Contempt of court, often referred to simply as "contempt", is the offense of being disobedient to or discourteous toward a court of law and its officers in the form of behavior that opposes or defies the authority, justice and dignity of the court.[1][2] It manifests itself in willful disregard of or disrespect for the authority of a court of law, which is often behavior that is illegal because it does not obey or respect the rules of a law court. Since the judge has discretion to control the courtroom, contempt citations are generally not appealable unless the amount of fine or jail time is excessive.

27. The actions of the Defendants described above were taken pursuant to a municipal policy, legislation vote practice, that diminish my rights and custom of responding

**Claims4 . Fifth Amendments/ Plaintiff Louis A Banks, and 9 year old minor child Against Defendants District of Columbia , Councilmember et al; Guy Tuner Officer Child Family Services Brenda Donald DC's State Superintendent Hanseul Kang, Ms. Jessica Wodatch Ms. Meggie Bello, David Nitkin Jan Doe Federal Officer or John Doe Official Mr. Karl A Racine Attorney General, Mayor Muriel Bowser, Congress Woman Eleanor Holmes Norton, Mr. Anthony Lawrence, Direct Monica Palacio, Office of Human Rights.**

28. The actions of Defendants District of Columbia , Councilmember et al; Officer Lekisha C Kellark-Davis Jon Doe MPD Officer or John Doe Official Mr. Karl A Racine Attorney General, Mayor Muriel Bowser, , Congress Woman Eleanor Holmes Norton, Mr. Anthony Lawrence, Direct Monica Palacio, Office of Human Rights, Department of Education did not provided the Plaintiff Louis A Banks and DB 9 year minor child State, Federal did not provided the Equal Protection laws the Plaintiffs(s) should receive the rule of laws/Constitution/Bill of Rights

**Claims5: Intentional Infliction Of Emotional Distress Plaintiff Louis A Banks and DB minor child against Defendants against District of Columbia , Councilmember et al; Guy Tuner Officer Child Family Services DC's State Superintendent Hanseul, Jan Doe Federal Officer or John Doe Official Mr. Karl A Racine Attorney General, Mayor Muriel Bowser, Congress Woman Eleanor Holmes Norton, Mr. Anthony Lawrence, Direct Monica Palacio, Office of Human Rights.**

29. The Defendants conduct was extreme outrageous , intentional and reckless with causes emotional suffering and racial profiling. On February 2, 2018 the Defendant(s) never appeared in court this was done with Official misconduct, is the commission of an unlawful act , this matter involves a profound abuse of power by federal State, and Local Government Officials including judicial offices and public attorney, law enforcement, political leaders and other government official who have knowingly committee, or otherwise played a complicit role in federal crimes though illicit behavior.

30. Plaintiff Louis A Banks year old minor child has mat the District of Columbia Section 12-309, DC Official Code (2001) have timely given notice in writing to Risk Management and

11

Mayor of the District of Columbia of the approximate time, place, cause and circumstances of our injuries pursuant.

31. Plaintiff Louis A Banks and DB 9 year old minor child has mat the Office of Civil Rights and Civil Liberties Executive Order 13107 under 6 U.S.C 345 and 42 U.S.C 200ee-1 have timely given notice in writing to Homeland Security Office of Civil Rights and Civil Liberties of the approximate time, place, cause and circumstances of our injuries pursuant.

32. Plaintiff Louis A Banks and DB minor child timely filed alleged discrimination with Office of the State Superintendent Of Education for Civil Rights the approximate time, place, cause and circumstances of our injuries pursuant

33. Plaintiff Louis A Banks and DB minor child timely filed alleged discrimination with U.S Deportment of Education Office for Civil Rights the approximate time, place, cause and circumstances of our injuries pursuant.

34. Plaintiff Louis A Banks and DB minor child timely filed alleged discrimination with DOJ education for Civil Rights the approximate time, place, cause and circumstances of our injuries pursuant

35. **ENTER JUDGMENT** awarding Plaintiffs Monetary punitive damages against all individual Defendants in an amount appropriate 200million dollars, so this would NOT happy again

36. (f) **ENTER JUDGEMENT** Plaintiff is asking the court for a copy of their OATH office is a binding contract and would like the court to garnish all wages and seizure property

37. (g) **GRANT** Plaintiffs such further relief as this Court may deem just and proper or JURY DEMAND

38. _____/s/ Louis A Banks_____ Louis A Banks et al Plaintiffs

28. U.S.C 1746 If executed within the United States, its territories, possession or commonwealth, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

12

## CERTIFICATE OF SERVICE

The certificate of service should be delivered to address of parties served, and the signature of the serving party or their attorney.

Mr. Karl A Racine
Attorney General
One Judiciary Square 441
4th Street NW Suite 625S
Washington DC 20001

DC FEMS 200 14TH Street NW 5th Floor
Washington DC 20009

Mayor Muriel Bowser
One Judiciary Square
441 4th Street NW Suite 625S
Washington DC 20001

US. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Former Director, Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Office of Congressional Ethics
U.S House of Representative
425 3rd Street, S.W Suite 1110
Washington, DC 20024

Louis A Banks
08/24/2018